Opinion issued October 16, 2008









 






In The

Court of Appeals

For The

First District of Texas






NO. 01-08-00696-CV






IN RE MICHAEL D. GRAVES, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 By petition for writ of mandamus, relator, Michael D. Graves, challenges the
trial court's (1) July 22, 2008, temporary orders granting joint managing conservatorship
of N.J.G., a minor, to relator and Kathy G. Graves, the real party in interest. 

 We deny the petition for writ of mandamus.

 PER CURIAM



Panel consists of Chief Justice Radack and Justices Nuchia and Higley.

1.